IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL ORGANIZATION OF SOCIAL SECURITY CLAIMANTS' REPRESENTATIVES, Plaintiff, <br><br> vs. <br><br> KAPITAL MEDIA PRODUCTIONS S.L., D/B/A LA GRADA ONLINE, and JAVIER GABARRI BARDAVIO, Defendants. | No. 1:24-cv-10788 <br><br> JUDGE JORGE L. ALONSO <br> MAGISTRATE JUDGE BETH W. JANTZ |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(I)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff National Organization of Social Security Claimants' Representatives, through counsel, give notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendants Kapital Media Productions, S.L., and Javier Gabarri Bardavio.

Respectfully submitted,

NATIONAL ORGANIZATION OF SOCIAL SECURITY CLAIMANTS' REPRESENTATIVES

By:

/s/ David D. Camp

**David D. Camp**
National Organization of Social Security Claimants' Representatives
1400 K Street NW, Suite 750
Washington DC 20005
Phone: (202) 849-6466
Email: david.camp@nosscr.org

1

                     _____
**Thomas A. Krause**
Admitted *pro hac vice*
National Organization of Social Security Claimants' Representatives
1400 K Street NW, Suite 750
Washington DC 20005
Direct: (507) 703-2021
Email: tom.krause@nosscr.org

/s/ Meredith Marcus

_____
**Meredith Marcus**
Osterhout Berger Daley LLC
4256 N Ravenswood Ave, Ste 104
Chicago, IL 60613
Phone: (312) 561-3030
Fax: (312) 284-4773
Email: mmarcus@obd.law

**ATTORNEYS FOR PLAINTIFF**